# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM L. VANG,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____ | Case No. 11-cv-01619-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Docket No. 11) |

On January 25, 2012, Defendant filed an ex parte application requesting that Defendant be granted an extension of time until February 1, 2012, to file the administrative transcript and notice of lodging.  (Doc. 11.)  Pursuant to the reasons provided in the ex parte application, the Court GRANTS Defendant's request.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file the administrative record and notice of lodging **on or before February 1, 2012**.

IT IS SO ORDERED.

**Dated:     January 25, 2012**                              /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE