Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sam L. Vang

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM L. VANG,                    ) | Case No.: 1:11 CV 01619 SKO |
|                    ) | |
|                    ) | ORDER OF  DISMISSAL |
| Plaintiff,                    ) | |
|                    ) | |
| vs.                    ) | |
| MICHAEL J. ASTRUE,                    ) | |
| Commissioner of Social Security,                    ) | |
|                    ) | |
|                    ) | |
| Defendant.                    ) | |
|                    ) | |

        Pursuant to the parties' Stipulation, the above captioned matter is dismissed

with prejudice.  Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

    Dated:  **May 7, 2012**                        **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com