Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sam L. Vang

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM L. VANG, | Case No.: 1:11 CV 01619 SKO |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation, the above captioned matter is dismissed with prejudice.  Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **May 7, 2012**            /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com